**Order entered November 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01551-CV

## WARREN CHEN AND DYNACOLOR, INC., Appellants

## V.

## RAZBERI TECHNOLOGIES, INC., THOMAS J. GALVIN, LIVEOAK VENTURES PARTNERS 1A, L.P., KENNETH L. AND VIRGINIA T. BOYDA, AS TRUSTEES OF THE BOYDA FAMILY, ET AL., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-16568

## ORDER

Before the Court is appellants Warren Chen and DynaColor, Inc.'s November 10, 2022 unopposed motion for an extension of time to file a motion for rehearing. Appellants' motion is **GRANTED**. Appellants' motion for rehearing, if any, shall file be filed by **December 23, 2022**. No further extensions will be permitted.

/s/    CRAIG SMITH
        JUSTICE